COLIN M. RUBICH
Assistant U.S. Attorney
U.S. Attorney's Office
James F. Battin U.S. Courthouse
2601 Second Ave. North, Suite 3200
Billings, MT 59101
Phone:  (406) 657-6101
FAX:    (406) 657-6989
E-mail:  Colin.Rubich@usdoj.gov

**FILED**

MAY 17 2018

Clerk, U.S. Courts
District Of Montana
Billings Division

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. AHNOH JAY BARNEY, Defendant. | CR 18-61-BLG-DLC<br><br>INDICTMENT<br><br>ASSAULT WITH A DANGEROUS WEAPON<br>(Counts I and III)<br>Title 18 U.S.C. §§ 1153(a) and 113(a)(3)<br>(Penalty: Ten years imprisonment, $250,000 fine, and three years supervised release)<br><br>ASSAULT RESULTING IN SUBSTANTIAL BODILY INJURY TO A DATING PARTNER<br>(Counts II and IV)<br>Title 18 U.S.C. §§ 1153(a) and 113(7)<br>(Penalty: Five years imprisonment, $250,000 fine, and three years supervised release) |
|---|---|

THE GRAND JURY CHARGES:

1

## COUNT I

That on or about November 10, 2017, at Birney Divide, in the State and District of Montana, and within the exterior boundaries of the Northern Cheyenne Indian Reservation, being Indian Country, the defendant, AHNOH JAY BARNEY, an Indian person, with the specific intent to commit bodily harm, intentionally assaulted E.W. with a dangerous weapon, a knife, in violation of 18 U.S.C. §§ 1153(a) and 113(a)(3).

## COUNT II

That on or about November 10, 2017, at Birney Divide, in the State and District of Montana, and within the exterior boundaries of the Northern Cheyenne Indian Reservation, being Indian Country, the defendant, AHNOH JAY BARNEY, an Indian person, intentionally assaulted E.W., a dating partner of Barney, resulting in substantial bodily injury, in violation of 18 U.S.C. §§ 1153(a) and 113(a)(7).

## COUNT III

That on or about November 7, 2017, at Birney Divide, in the State and District of Montana, and within the exterior boundaries of the Northern Cheyenne Indian Reservation, being Indian Country, the defendant, AHNOH JAY BARNEY, an Indian person, with the specific intent to commit bodily harm, intentionally assaulted E.W. with a dangerous weapon, a knife, in violation of

18 U.S.C. §§ 1153(a) and 113(a)(3).

## COUNT IV

That on or about November 7, 2017, at Birney Divide, in the State and District of Montana, and within the exterior boundaries of the Northern Cheyenne Indian Reservation, being Indian Country, the defendant, AHNOH JAY BARNEY, an Indian person, intentionally assaulted E.W., a dating partner of Barney, resulting in substantial bodily injury, in violation of 18 U.S.C. §§ 1153(a) and 113(a)(7).

A TRUE BILL.

Foreperson signature redacted.  Original document filed under seal.

FOREPERSON

KURT G. ALME
United States Attorney

JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Crim. Summons ____
Warrant: ✓
Bail: ____

3