IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 18–61–BLG–DLC |
| Plaintiff, | |
| vs. | ORDER |
| AHNOH JAY BARNEY, | |
| Defendant. | |

United States Magistrate Judge Timothy J. Cavan entered Findings and Recommendation in this matter on August 23, 2018. Neither party objected and therefore they are not entitled to *de novo* review of the record. 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). This Court will review the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Judge Cavan recommended this Court accept Ahnoh Jay Barney's guilty

plea after Barney appeared before him pursuant to Federal Rule of Criminal Procedure 11, and entered a plea of guilty to assault with a dangerous weapon in violation of 18 U.S.C. §§ 1153(a) and 113(a)(3) as charged in Count I of the Indictment.

I find no clear error in Judge Cavan's Findings and Recommendation (Doc. 24), and I adopt them in full.

Accordingly, IT IS ORDERED that Ahnoh Jay Barney's motion to change plea (Doc. 13) is GRANTED and Ahnoh Jay Barney is adjudged guilty as charged in Count I of the Indictment.

DATED this 17th day of September, 2018.

_____
Dana L. Christensen, Chief District Judge
United States District Court